UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-60373-BLOOM/Reid

LEON J. NOEL,

    Petitioner,

v.

MARK S. INCH,

    Respondent.
                                   /

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report of the Honorable Lisette M. Reid. ECF No. [17] ("Report"). On February 3, 2020, Judge Reid issued the Report recommending that the Petition for Habeas Corpus Relief, ECF No. [1] ("Petition"), be denied on the merits, that a certificate of appealability be denied, and that the case be closed. ECF No. [17] at 19. The Report further advised that any objections to the Report's findings were due within fourteen days of receipt of the Report. *Id.* To date, Petitioner has not filed any objections, nor has he sought any additional time within which to do so.

This Court has conducted a *de novo* review of Judge Reid's Report and the record, and is otherwise fully advised in the premises. *Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Reid's Report to be well reasoned and correct. The Court therefore agrees with the analysis in the Report and concludes that this case should be dismissed for the reasons set forth therein.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Reid's Report and Recommendation, **ECF No. [17]**, is **ADOPTED**.

2. The Petition for Habeas Corpus Relief, **ECF No. [1]**, is **DENIED**. No Certificate of Appealability shall be issued.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 25, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Honorable Lisette Reid

Counsel of Record

Leon J. Noel
M11412
Madison Work Camp
Inmate Mail/Parcels
382 SW MCI Way
Madison, FL 32340